IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UNITED STATES OF AMERICA : | |
| v. : | CRIMINAL NO. 04-370-1 |
| RONALD A. WHITE : | |

O R D E R

AND NOW, this        day of                  , 2004, upon consideration of the government's motion to dismiss indictment/superseding indictment as to defendant Ronald A. White only based on his death on November 4, 2004, it is

ORDERED

that indictment and superseding indictment no. 04-370-1 are dismissed as to defendant Ronald A. White only.

BY THE COURT:

_____

HONORABLE MICHAEL M. BAYLSON
*Judge, United States District Court*

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| v. | : | CRIMINAL NO. 04-370-1 |
| RONALD A. WHITE | : | |

MOTION TO DISMISS INDICTMENT/SUPERSEDING INDICTMENT
AS TO DEFENDANT RONALD A. WHITE ONLY BASED ON HIS DEATH

The United States of America respectfully moves the Court to dismiss the above-captioned indictment and superseding indictment as to defendant Ronald A. White only, and in support of this motion states as follows:

1.  The Grand Jury for the Eastern District of Pennsylvania returned an indictment against the defendant on June 29, 2004 and a superseding indictment on November 2, 2004, charging him with, among other crimes, participating in a conspiracy to commit honest services fraud in violation of 18 U.S.C. §§ 371, 1341, 1343, and 1346.

2.  Defendant Ronald A. White died on November 4, 2004.

WHEREFORE, the government respectfully requests that this Court dismiss the indictment and superseding indictment in the above case as to defendant Ronald A. White only.

Respectfully submitted,

_____
PATRICK L. MEEHAN
UNITED STATES ATTORNEY

CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the Government's Motion to Dismiss Indictment/Superseding Indictment As to Defendant Ronald A. White Only Based on His Death has been served by first class mail, postage prepaid, upon:

1. Edwin J. Jacobs Jr., Esquire
   Jacobs and Barbone, P.A.
   1125 Pacific Avenue
   Atlantic City, NJ 08401

   Christopher D. Warren, Esquire
   1604 Locust Street
   Philadelphia, PA 19104

   Counsel for Ronald A. White

2. William R. Spade, Jr.
   1525 Locust Street, 14th Floor
   Philadelphia, PA 19102

   Counsel for Corey Kemp

3. Kevin H. Marino, Esquire
   One Newark Center, Suite 1600
   Newark, NJ 07102-5211

   Counsel for Glenn K. Holck

4. Lawrence S. Lustberg, Esquire
   Gibbons, Del Deo, Dolan, Griffinger & Vecchione, PC
   1 Riverfront Plaza
   Newark, NJ 07102

   Counsel for Steven M. Umbrell

5. Anthony T. Chambers, Esquire
   3650 Penobscot Building
   Detroit, MI 48226

   Scott Godshall, Esquire
   113 North Olive Street
   Media, PA 19063

   Counsel for defendant La-Van Hawkins

6. Nino V. Tinari, Esquire
   123 South Broad Street, Suite 1970
   Philadelphia, PA 19109

   Counsel for Janice Renee Knight

7. Catherine M. Recker, Esquire
   Welsh & Recker
   Suite 2903
   2000 Market Street
   Philadelphia, Pennsylvania 19103

   Counsel for Charles LeCroy

8. Thomas H. Suddath Jr., Esquire
   Montgomery, McCracken, Walker & Rhoads, LLP
   123 South Broad Street
   Avenue of the Arts - 28th Floor
   Philadelphia, PA 19109

   Counsel for Anthony C. Snell

9. William A. DeStefano, Esquire
   Saul Ewing LLP
   1500 Market Street., 38th Floor
   Philadelphia, PA 19102-2186

   Counsel for Denis Carlson

    10.    Joel Slomsky, Esquire
            1500 JFK Boulevard
            Two Penn Center, Suite 1204
            Philadelphia, PA 19102

            Counsel for Francis D. McCracken

_____
MICHAEL A. SCHWARTZ
Assistant United States Attorney

DATED: November 18, 2004